IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

VISION BANK,

    Plaintiff,

vs.                                              CASE NO. 5:10cv45/RS-MD

JOHN K. LUKE and GENE VENESKY,

    Defendants.
_____/

## ORDER

Before me is Image Properties, LLC's Motion To Intervene (Doc. 11). No responsive memoranda have been filed as provided by N.D. Fla. 7.1(C)(1).

**IT IS ORDERED:**

1. The relief requested by Image Properties, LLC's Motion To Intervene (Doc. 11) is **granted**. Image Properties, LLC is granted leave to intervene in this case.

2. The Complaint in Intervention (Doc. 11-2) is deemed filed as of the date of this Order.

3. The court clerk is directed to file the Complaint in Intervention (Doc. 11-2) as a separate docket entry on this date.

**ORDERED** on May 5, 2010.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**