# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**VISION BANK**

    **Plaintiff,**

**vs.**　　　　　　　　　　　　　　　　**CASE NO. 5:10cv45/RS-MD**

**JOHN K. LUKE and**
**GENE VENESKY,**

    **Defendants.**
_____/

## ORDER

Before me is Plaintiff's motion to reconsider (Doc. 21). The Order dated May 5, 2010, (Doc. 18) is vacated. Plaintiff's motion to reconsider (Doc. 21) is denied as moot.

**ORDERED** on May 6, 2010.

                              **/s/ Richard Smoak**
                              **RICHARD SMOAK**
                              **UNITED STATES DISTRICT JUDGE**