IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

VISION BANK,

    Plaintiff,

vs.                              CASE NO. 5:10cv45/RS-MD

JOHN K. LUKE and GENE VENESKY,

    Defendants.
_____/

## ORDER

The Amended Second Motion To Compel Mediation (Doc. 56) is denied. See Scheduling and Mediation Order (Doc. 50).

**ORDERED** on July 2, 2010.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**